IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Case No. 5:25-CV-84-BJB

*Electronically Filed*

| | |
|---|---|
| SECURA INSURANCE COMPANY | PLAINTIFF |
| v. | |
| MATTHEW KREUTZER; SB CONSTRUCTION OF KENTUCKY, LLC; and STEPHEN BALLUFF | DEFENDANTS |

## APPLICATION FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff, Secura Insurance Company ("Secura"), requests that the Clerk of the Court for the Western District of Kentucky, Paducah Division, enter the default against Defendants SB Construction of Kentucky, LLC, and Stephen Balluff for failure to plead or otherwise defend as provided by the Federal Rule of Civil Procedure 55(a). In support of this application, Secura relies upon the declaration of counsel attached here as **Exhibit A**.

Respectfully Submitted,

FREEMAN, MATHIS & GARY LLP

*/s/ Barry M. Miller*
Barry M. Miller
Sean C. Harrison
300 W. Vine St., Suite 1100
Lexington, KY 40507
(859) 410-7851
BMiller@fmglaw.com
Sean.Harrison@fmglaw.com

*Counsel for Plaintiff, Secura Insurance Company*

## Certificate of Service

This is to certify that the foregoing was filed with the USDC Clerk via the Court's Electronic Filing System on this the 16th day of January, 2026, and a copy of same served via e-mail and/or First Class U.S. Mail, postage prepaid, upon the following:

Richard L. Walter
Boehl, Stopher & Graves, LLP
410 Broadway
Paducah, KY 42001
rwalter@bsgpad.com
*Counsel for Defendant, Matthew Kreutzer*

SB Construction of Kentucky, LLC
c/o Brittany Nielsen
Open Door Accounting, LLC
2535 Highway 641 North
Benton, KY 42025

Stephen Balluff
1757 Hamburg Road
Kevil, KY 42053

Stephen Balluff
702 Edwards Road
Barlow, KY 42024

*/s/ Barry M. Miller*
Barry M. Miller